IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS D. GREENE,

ORDER

                        Plaintiff,

08-cv-706-bbc

            v.

CITY OF NEILSVILLE,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        The order entered in the above-entitled matter on July 29, 2009 is hereby

AMENDED to reflect the following change to the last sentence in the first paragraph on page

9:

        "*Plaintiff's* motion for summary judgment will be denied."

Entered this 30th day of July, 2009.

                        BY THE COURT:

                        /s/

                        _____
                        BARBARA B. CRABB
                        District Judge

1