IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS D. GREENE,

    Plaintiff,

v.

CITY OF NEILLSVILLE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-706-bbc

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant City of Neillsville and this case is dismissed.

_____
Peter Oppeneer, Clerk of Court

JUL 3 1 2009
_____
Date